**ROBINSON v. STATE.**

No. 23361.

Court of Criminal Appeals of Texas.

May 22, 1946.

Marvin P. McCoy, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for aggravated assault; the punishment, a fine of $500.

No statement of facts or bills of exceptions accompany the record.

Nothing is presented for review.

The judgment of the trial court is accordingly affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.